**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| REALTIME DATA LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>NASUNI CORP.,<br><br>      Defendant. | C.A. No. 1:18-CV-01201-CFC |

**STIPULATION TO DISMISS WITH PREJUDICE**

WHEREAS, Plaintiff Realtime Data LLC ("Plaintiff") and Defendant Nasuni Corp. ("Defendant") have resolved Plaintiff's claims for relief against Defendant and Defendant's counterclaims for relief (if any) against Plaintiff asserted in this case.

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant, through their attorneys of record, stipulate to the dismissal of this action, including all claims and counterclaims that were or could have been brought in this action, with prejudice with all attorneys' fees, costs of court and expenses borne by the party incurring same. This Court shall retain continuing jurisdiction over the parties and the subject matter as necessary to enforce the settlement between the parties.

February 14, 2019

| | |
|---|---|
| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
| */s/ Stephen B. Brauerman* | */s/ Philip A. Rovner* |
| Stephen B. Brauerman (No. 4952) | Philip A. Rovner (#3215) |
| Sara E. Bussiere (No. 5725) | Jonathan A. Choa (#5319) |
| 600 N. King Street, Suite 400 | Hercules Plaza |
| Wilmington, DE 19801 | P.O. Box 951 |
| (302) 655-5000 | Wilmington, DE 19899 |
| sbrauerman@bayardlaw.com | (302) 984-6000 |
| sbussiere@bayardlaw.com | provner@potteranderson.com |
| | jchoa@potteranderson.com |
| *Attorneys for Plaintiff Realtime Data LLC* | *Attorneys for Defendant Nasuni Corporation* |